■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD HAMIL, Appellant.

The sentence imposed on defendant as a second felony offender is the minimum legal sentence for the crime to which he pleaded guilty (*see,* Penal Law § 70.06 [3] [b]; [4] [b]; § 140.30). Although it was not the sentence originally agreed to, defendant was afforded an opportunity to withdraw his plea prior to imposition of sentence and, after consultation with counsel, declined to do so. We find no reason to set aside that sentence. Titone, J. P., Lazer, Niehoff and Rubin, JJ., concur.